# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **HECTOR YAMIL RODRIGUEZ-RODRIGUEZ** | CASE NUMBER **22-cr-134-1** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 11:35 |
| Hearing Held: June 24, 2022 at 11:30 a.m. | Hearing Ended: 11:41 |

**Appearances:**

UNITED STATES OF AMERICA by: Kevin C. Knight
Hector Yamil Rodriguez-Rodriguez, in person, and by: Patrick K. Cafferty ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Amos Malone
INTERPRETER: ☐ None ☑ Sworn Alexandra Wirth

☑ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | August 31, 2022 | District Judge: | JP Stadtmueller |
| Plea Deadline: | TO BE SET | Bond Judge: | William E. Duffin |
| Final Pretrial Report | TO BE SET | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | TO BE SET |
| Jury Trial Date: | TO BE SET | Responses Due: | TO BE SET |
| Trial Length Estimate: | 2 days | Replies Due: | TO BE SET |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: in the next week

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☑ **Counsel Only Scheduling Conference: July 7, 2022 at 10:30 a.m. via Zoom video conf before Magistrate Judge Nancy Joseph**

Maximum Penalties: Count 1: 20 years Imprisonment; $1,000,000 Fine; 3 years to Life Supervised Release; $100.00 Special Assessment

**BOND:**
 Detention continued as previously set Magistrate Judge William E. Duffin.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings